UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BARBARA LEATHER, | : | CIVIL ACTION NO. 06-5365 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| UNUM PROVIDENT CORPORATION, | : |  |
| Defendant. | : |  |

**THE PLAINTIFF** advising the Court:

> that the above matter has been amicably resolved by and
> between the parties.  The defendant is in the process
> of preparing a release for the plaintiff's signature.
> Upon execution of same, a Stipulation of Dismissal will
> be filed with the Court.  I therefore request that the
> Motion returnable on February 5, 2007, be marked
> resolved and removed from the Court's calendar

(1-15-07 Letter of Pl. Counsel Todd A. Wallman); and thus the

Court intending to (1) deny the pending motion to dismiss the

complaint without prejudice, and (2) dismiss the complaint (a)

without costs and (b) without prejudice to reopen the action on

good cause shown within 60 days if the settlement is not

consummated; and for good cause appearing, the Court will issue

an appropriate order and judgment.


          s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge